UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PEDRO LIZ, *on behalf of himself and all others similarly* :
*situated*, :
:
                              Plaintiff, :              24-CV-05351 (JAV)
:
           -v- :              <u>ORDER</u>
:
NAUTICA RETAIL USA, LLC, :
:
                         Defendant. :
X
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All parties must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 22, 2025                            _____
      New York, New York                     JEANNETTE A. VARGAS
                                                      United States District Judge