大成 DENTONS

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

March 20, 2025

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Liz v. Nautica Retail USA, LLC*, Case No. 1:24-cv-05351-JAV

Dear Judge Figueredo:

We represent Defendant Nautica Retail USA, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 20, 2025 to May 6, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 3/21/2025

The case is hereby stayed under May 6, 2025. If the parties have not voluntarily dismissed the case by that date, the parties are directed to file another status update by **May 6, 2025**. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 27.