UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

PEDRO LIZ, on behalf of himself and
all others similarly situated,

        Plaintiff,

-against-

NAUTICA RETAIL USA, LLC,

        Defendant.
_____x

Civil Action No.

1:24-cv-5351

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Pedro Liz, and Defendant, Nautica Retail USA, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: April 24, 2025

By: _/s/ Gabriel Levy_____
Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _/s/ RS_____
Rebecca A. Stark, Esq.
*Attorneys for Defendant*
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
T : 212-398-7614
Rebecca.stark@dentons.com

The Clerk of Court is directed to close this case.

**SO ORDERED:**

_/s/ Jeannette Vargas_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: April 25, 2025